UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:   NAMIROWSKI, CHRISTINE D | § § § | Case No. 09-42122 |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>DEBORAH K. EBNER</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Will County Court Annex Building, 57 North Ottawa Street, Room 201, Joliet, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15am on 7/9/10 in Courtroom 201, Will County Court Annex Building 57 North Ottawa Street, Joliet , IL. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/20/2010      By:     /s/DEBORAH K. EBNER
                                      Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838
**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: NAMIROWSKI, CHRISTINE D § Case No. 09-42122
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $ 12,439.82

*and approved disbursements of* $ 0.00

*leaving a balance on hand of* [1] $ 12,439.82

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | DEBORAH K. EBNER | $ 1,993.98 | $ 10.16 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant* *Fees* *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*    *Claimant*                            *Allowed Amt. of Claim*    *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,127.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | TARGET NATIONAL BANK | $ 326.31 | $ 67.93 |
| 2 | PYOD LLC as assignee of Citibank | $ 30,159.96 | $ 6,278.74 |
| 3 | Chase Bank USA, N.A. | $ 6,103.14 | $ 1,270.56 |
| 4 | Chase Bank USA, N.A. | $ 5,919.00 | $ 1,232.23 |
| 5 | Chase Bank USA, N.A. | $ 6,049.85 | $ 1,259.47 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 766.21 | $ 159.51 |
| 7 | Chase Bank USA, N.A. | $ 263.12 | $ 54.78 |
| 8 | GE Money Bank dba QCARD | $ 540.18 | $ 112.46 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant   Allowed Amt. of Claim   Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant   Allowed Amt. of Claim   Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

Printed: 05/20/10 05:55 PM                                                                                                    Page: 1

# Claims Proposed Distribution

## Case: 09-42122   NAMIROWSKI, CHRISTINE D

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $12,439.82     **Total Proposed Payment:** $12,439.82     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | DEBORAH K. EBNER <2200-00 Trustee Expenses> | Admin Ch. 7 | 10.16 | 10.16 | 0.00 | 10.16 | 10.16 | 12,429.66 |
|  | DEBORAH K. EBNER <2100-00 Trustee Compensation> | Admin Ch. 7 | 1,993.98 | 1,993.98 | 0.00 | 1,993.98 | 1,993.98 | 10,435.68 |
| 1 | TARGET NATIONAL BANK  *Claim Memo:* C O WEINSTEIN AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121 | Unsecured | 326.31 | 326.31 | 0.00 | 326.31 | 67.93 | 10,367.75 |
| 2 | PYOD LLC as assignee of Citibank  *Claim Memo:* Citibank, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602 | Unsecured | 30,159.96 | 30,159.96 | 0.00 | 30,159.96 | 6,278.74 | 4,089.01 |
| 3 | Chase Bank USA, N.A.  *Claim Memo:* PO Box 15145, Wilmington, DE 198505145 | Unsecured | 6,103.14 | 6,103.14 | 0.00 | 6,103.14 | 1,270.56 | 2,818.45 |
| 4 | Chase Bank USA, N.A.  *Claim Memo:* PO Box 15145, Wilmington, DE 198505145 | Unsecured | 5,919.00 | 5,919.00 | 0.00 | 5,919.00 | 1,232.23 | 1,586.22 |
| 5 | Chase Bank USA, N.A.  *Claim Memo:* PO Box 15145, Wilmington, DE 198505145 | Unsecured | 6,049.85 | 6,049.85 | 0.00 | 6,049.85 | 1,259.47 | 326.75 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR  *Claim Memo:* WORLD FINANCIAL CAPITAL BANK, PO Box 248872, Oklahoma City, OK 731248872 | Unsecured | 766.21 | 766.21 | 0.00 | 766.21 | 159.51 | 167.24 |
| 7 | Chase Bank USA, N.A.  *Claim Memo:* C/O Creditors Bankruptcy Service, P.O. Box 740933, Dallas, TX 75374 | Unsecured | 263.12 | 263.12 | 0.00 | 263.12 | 54.78 | 112.46 |
| 8 | GE Money Bank dba QCARD  *Claim Memo:* Care of Recovery Management Systems Corp, 25 SE 2nd Ave Ste 1120, Miami, FL 33131 | Unsecured | 540.18 | 540.18 | 0.00 | 540.18 | 112.46 | 0.00 |

# Claims Proposed Distribution

## Case: 09-42122   NAMIROWSKI, CHRISTINE D

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $12,439.82 | Total Proposed Payment: | $12,439.82 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 09-42122 : | | $52,131.91 | $52,131.91 | $0.00 | $52,131.91 | $12,439.82 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $2,004.14 | $2,004.14 | $0.00 | $2,004.14 | 100.000000% |
| Total Unsecured Claims : | $50,127.77 | $50,127.77 | $0.00 | $10,435.68 | 20.818161% |

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mrahmoun                Page 1 of 1                   Date Rcvd: May 21, 2010
Case: 09-42122                 Form ID: pdf006               Total Noticed: 22
```

The following entities were noticed by first class mail on May 23, 2010.
```
db           +Christine D Namirowski,   12936 W 159th St,   Apt 2D,   Homer Glen, IL 60491-6646
aty          +Michelle K Hinds,   Legal Helpers,   233 S. Wacker Dr., Suite 5150,   Chicago, IL 60606-6371
tr           +Deborah Kanner Ebner,   11 E Adams St,   Suite 904,   Chicago, IL 60603-6306
14692687     +Bank Of America,   4161 Piedmont Parkway,   Greensboro, NC 27410-8119
14692689     +Chase,   201 N. Walnut St//De1-1027,   Wilmington, DE 19801-2920
14692690     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
14692688     +Chase,   Po Box 901039,   Fort Worth, TX 76101-2039
14941419      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15021421     +Chase Bank USA, N.A.,   C/O Creditors Bankruptcy Service,   P.O. Box 740933,
               Dallas, TX 75374-0933
14692691     +Chase- Tjx,   Po Box 15298,   Wilmington, DE 19850-5298
14936040     +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
14692695     +Rnb-fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
14928012     +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14692696     +Tnb-visa,   Po Box 9475,   Minneapolis, MN 55440-9475
14692697     +Unvl/citi,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
14692698     +Wfcb/hsn,   Pob 337003,   North Glenn, CO 80233-7003
14692699     +Wfnnb/victorias Secret,   220 W Schrock Rd,   Westerville, OH 43081-2873
```
The following entities were noticed by electronic transmission on May 21, 2010.
```
14974644      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 22 2010 00:11:31
               AMERICAN INFOSOURCE LP AS AGENT FOR,   WORLD FINANCIAL CAPITAL BANK,   PO Box 248872,
               Oklahoma City, OK  73124-8872
15291652     +E-mail/PDF: gecsedi@recoverycorp.com May 22 2010 00:15:58     GE Money Bank dba QCARD,
               Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14692692     +E-mail/PDF: gecsedi@recoverycorp.com May 22 2010 00:15:58     Gemb/howards,
               Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
14692693     +E-mail/PDF: gecsedi@recoverycorp.com May 22 2010 00:15:58     Gemb/qvc,   Attention: Bankruptcy,
               Po Box 103106,   Roswell, GA 30076-9106
14692694     +E-mail/PDF: cr-bankruptcy@kohls.com May 22 2010 00:14:01     Kohls/chase,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 23, 2010**          **Signature:** *Joseph Speetjens*