# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: NAMIROWSKI, CHRISTINE D                              Case No. 09-42122
                                                            Chapter  7
_____,
                    Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $21,700.00 |
| Total Distribution to Claimants: $10,437.34 | Claims Discharged Without Payment: $40,174.43 |
| Total Expenses of Administration: $2,004.14 | |

3) Total gross receipts of $   12,441.48  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $12,441.48 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $125,259.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,004.14 | 2,004.14 | 2,004.14 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 46,682.00 | 50,127.77 | 50,127.77 | 10,437.34 |
| **TOTAL DISBURSEMENTS** | $171,941.00 | $52,131.91 | $52,131.91 | $12,441.48 |

    4) This case was originally filed under Chapter 7 on November 06, 2009.
. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/21/2010      By: /s/DEBORAH K. EBNER
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Life Insurance through New York Life | 1129-000 | 12,439.78 |
| Interest Income | 1270-000 | 1.70 |
| **TOTAL GROSS RECEIPTS** | | $12,441.48 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank Of America | 4110-000 | 94,075.00 | N/A | N/A | 0.00 |
| Chase | 4110-000 | 31,184.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $125,259.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 1,993.98 | 1,993.98 | 1,993.98 |
| DEBORAH K. EBNER | 2200-000 | N/A | 10.16 | 10.16 | 10.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,004.14 | 2,004.14 | 2,004.14 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TARGET NATIONAL BANK | 7100-000 | N/A | 326.31 | 326.31 | 67.93 |
| PYOD LLC as assignee of Citibank | 7100-000 | 28,662.00 | 30,159.96 | 30,159.96 | 6,280.40 |
| Chase Bank USA, N.A. | 7100-000 | 5,592.00 | 6,103.14 | 6,103.14 | 1,270.56 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| Chase Bank USA, N.A. | 7100-000 | 5,729.00 | 5,919.00 | 5,919.00 | 1,232.23 |
| Chase Bank USA, N.A. | 7100-000 | 5,635.00 | 6,049.85 | 6,049.85 | 1,259.47 |
| AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 377.00 | 766.21 | 766.21 | 159.51 |
| Chase Bank USA, N.A. | 7100-000 | 0.00 | 263.12 | 263.12 | 54.78 |
| GE Money Bank dba QCARD | 7100-000 | 203.00 | 540.18 | 540.18 | 112.46 |
| Tnb-visa | 7100-000 | 177.00 | N/A | N/A | 0.00 |
| Kohls/chase | 7100-000 | 307.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 46,682.00 | 50,127.77 | 50,127.77 | 10,437.34 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-42122  
**Case Name:** NAMIROWSKI, CHRISTINE D

**Trustee:** (330480)  DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 11/06/09 (f)  
**§341(a) Meeting Date:** 12/22/09

**Period Ending:** 09/21/10

**Claims Bar Date:** 03/25/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Real Estate located at: 12936 W 159th St Apt 2D, Orig. Asset Memo: Imported from original petition Doc# 1 | 139,900.00 | 93,716.00 | | 0.00 | FA |
| 2 | Checking account with Palos Community Bank Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Miscellaneous used household goods Orig. Asset Memo: Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 4 | Personal used clothing Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Life Insurance through New York Life Orig. Asset Memo: Imported from original petition Doc# 1 | 12,439.78 | 10,864.78 | | 12,439.78 | FA |
| 6 | Duplicate Asset Orig. Asset Memo: Duplicate of # 5; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 401k through employer Orig. Asset Memo: Imported from original petition Doc# 1 | 46,716.27 | 46,716.27 | | 0.00 | FA |
| 8 | 2002 Saturn L200 80,000 miles Value per Kelley B Orig. Asset Memo: Imported from original petition Doc# 1 | 3,975.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.70 | FA |
| 9 | **Assets   Totals** (Excluding unknown values) | **$204,181.05** | **$151,297.05** | | **$12,441.48** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Trustee attempting to collect insurance policy

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-42122  
**Case Name:** NAMIROWSKI, CHRISTINE D  

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 11/06/09 (f)  
**§341(a) Meeting Date:** 12/22/09  

**Period Ending:** 09/21/10  
**Claims Bar Date:** 03/25/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2015        **Current Projected Date Of Final Report (TFR):** May 20, 2010 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-42122 | | Trustee: | DEBORAH K. EBNER (330480) |
| --- | --- | --- | --- | --- |
| Case Name: | NAMIROWSKI, CHRISTINE D | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******46-65 - Money Market Account |
| Taxpayer ID #: | **-***8659 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/21/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/27/10 | {5} | Christine Nalirowski | issuing bank - Palos Bank and Trust 12600 South Harlem Ave. Palos Heights, Ill. 60463 | 1129-000 | 12,439.78 | | 12,439.78 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.04 | | 12,439.82 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.74 | | 12,440.56 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.72 | | 12,441.28 |
| 07/08/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.20 | | 12,441.48 |
| 07/08/10 | | To Account #9200******4666 | to close and disburse | 9999-000 | | 12,441.48 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **12,441.48** | **12,441.48** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 12,441.48 | |
| | | | **Subtotal** | | **12,441.48** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,441.48** | **$0.00** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-42122 | | Trustee: | DEBORAH K. EBNER (330480) |
| --- | --- | --- | --- | --- |
| Case Name: | NAMIROWSKI, CHRISTINE D | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******46-66 - Checking Account |
| Taxpayer ID #: | **-***8659 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/21/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/08/10 | | From Account #9200******4665 | to close and disburse | 9999-000 | 12,441.48 | | 12,441.48 |
| 07/09/10 | 101 | DEBORAH K. EBNER | | 2100-000 | | 1,993.98 | 10,447.50 |
| 07/09/10 | 102 | DEBORAH K. EBNER | | 2200-000 | | 10.16 | 10,437.34 |
| 07/09/10 | 103 | AMERICAN INFOSOURCE LP AS AGENT FOR | | 7100-000 | | 159.51 | 10,277.83 |
| 07/09/10 | 104 | Chase Bank USA, N.A. | Ref # XXXXXXXX5609 | 7100-000 | | 1,270.56 | 9,007.27 |
| 07/09/10 | 105 | Chase Bank USA, N.A. | Ref # XXXXXXXX3847 | 7100-000 | | 1,232.23 | 7,775.04 |
| 07/09/10 | 106 | Chase Bank USA, N.A. | Ref # XXXXXXXX0387 | 7100-000 | | 1,259.47 | 6,515.57 |
| 07/09/10 | 107 | Chase Bank USA, N.A. | Ref # XXXXXXXX0206 | 7100-000 | | 54.78 | 6,460.79 |
| 07/09/10 | 108 | GE Money Bank dba QCARD | Ref # XXXXXXXX3519 | 7100-000 | | 112.46 | 6,348.33 |
| 07/09/10 | 109 | PYOD LLC as assignee of Citibank | Ref # XXXX-XXXX-XXXX-5831 | 7100-000 | | 6,280.40 | 67.93 |
| 07/09/10 | 110 | TARGET NATIONAL BANK | | 7100-000 | | 67.93 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,441.48 | 12,441.48 | $0.00 |
| | | | Less: Bank Transfers | | 12,441.48 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 12,441.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $12,441.48 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # 9200-******46-65** | 12,441.48 | 0.00 | 0.00 |
| **Checking # 9200-******46-66** | 0.00 | 12,441.48 | 0.00 |
| | $12,441.48 | $12,441.48 | $0.00 |

{} Asset reference(s)